UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 07- 37- UNA |
| Plaintiff, : | |
| v. : | |
| : | |
| ANTOINE L. PATRICK, : |  |
| : | |
| Defendant. : | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about February 26, 2007, in the State and District of Delaware, ANTOINE L. PATRICK, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, ammunition, that is, two rounds of PMC .357 ammunition, after having been convicted of a felony crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, §§ 922(g)(1) & 924(a)(2).

### COUNT TWO

On or about February 26, 2007, in the State and District of Delaware, ANTOINE L. PATRICK, defendant herein, did knowingly possess, with the intent to distribute, 5 grams or more of cocaine base, in violation of Title 21, United States Code, §§ 841(a)(1) & (b)(1)(B)(iii).

### NOTICE OF FORFEITURE

Upon conviction of one or more of the controlled substance offenses alleged in Count II of this indictment, defendant ANTOINE L. PATRICK, shall forfeit to the United States pursuant

FILED
MAR 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Seth M. Beausang
Assistant United States Attorney
Dated: March 15, 2007.