UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal Action No. 07-37-GMS |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ANTOINE L. PATRICK, | : | |
| | : | |
| Defendant. | : | |

**INFORMATION PURSUANT TO 21 U.S.C. § 851**

The United States Attorney for the District of Delaware alleges and charges pursuant to Title 21, United States Code, Section 851(a), that ANTOINE L. PATRICK, defendant herein, is subject to the enhanced statutory penalties set forth in Title 21, United States Code, Sections 841, by virtue of the defendant's prior conviction for the following felony drug offense, to wit, Distribution, Delivery, or Possession of a Controlled Substance Within 300 Feet of a Park in the Superior Court of Delaware in and for New Castle County, date of sentence for the conviction on or about July 1, 2003.

DATED: May 22, 2007.                    Respectfully submitted,

                                                        COLM F. CONNOLLY
                                                        United States Attorney

                                      By:  /s/ Seth M. Beausang
                                             Seth M. Beausang (I.D. No. 4071)
                                             Assistant United States Attorney
                                             The Nemours Building
                                             1007 Orange Street, Suit 700
                                             Wilmington, DE 19801
                                             (302) 573-6277

**CERTIFICATE OF SERVICE**

      I, Seth M. Beausang, hereby certify that I caused the foregoing Information Pursuant to 21 U.S.C. § 851 to be served on Edson A. Bostic, Federal Public Defender and attorney for Antoine L. Patrick by electronic filing on May 22, 2007.

      /s/ Seth M. Beausang
Seth M. Beausang
Assistant United States Attorney