IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
|       Plaintiff, | : | |
| v. | : | Criminal Action No. 07-37-GMS |
| ANTOINE L. PATRICK, | : | |
|       Defendant. | : | |

**MOTION TO EXTEND TIME TO FILE PRE-TRIAL MOTIONS**

Defendant Antoine L. Patrick, by and through his undersigned counsel, Edson A. Bostic, hereby moves the Court, pursuant to Federal Rule of Criminal Procedure 45(b) and Local Rule 5(a), for an Order enlarging the time within which pre-trial motions may be filed.

In support of this motion, Mr. Patrick submits as follows:

1. On or about March 22, 2007, Mr. Patrick was arraigned on the charges of being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and for possession with the intent to distribute more than five grams of cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii). The matter was assigned to Christopher S. Koyste, Assistant Federal Public Defender, as trial counsel.

2. An Order was entered directing that pre-trial motions be filed by June 8, 2007.

3. On June 1, 2007, Mr. Koyste resigned from the Federal Public Defender's Office. As such, Edson A. Bostic, Federal Public Defender, assumed the case as trial counsel. Because of the reassignment, Mr. Bostic needs additional time to meet with Mr. Patrick and familiarize himself with the case to determine what, if any, pretrial motions need to be filed.

    4.    Seth Beausang, Assistant United States Attorney, counsel for the government, does not oppose this request.

    5.    The parties have agreed that any additional time given in which to file pre-trial motions will be excludable under the Speedy Trial Act.

    6.    Accordingly, Mr. Patrick respectfully requests a two week extension of time in which to file any pre-trial motions.

WHEREFORE, it is respectfully requested that the time for Mr. Patrick to file pre-trial motions be extended until June 22, 2007.

Respectfully Submitted,

/s/
Edson A. Bostic
Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware  19801
(302) 573-6010
ecf_de@msn.com

Attorney for Defendant Antoine L. Patrick

Dated: June 7, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-37-GMS |
| | : | |
| ANTOINE L. PATRICK, | : | |
| | : | |
| Defendant. | | |

## **ORDER**

Having considered Defendant's Motion to Extend Time to File Pretrial Motions,

**IT IS HEREBY ORDERED** this _____ day of _____, 2007, that Defendant Antoine L. Patrick's pretrial motions shall be due on the _____ day of _____, 2007.

_____
Honorable Gregory M. Sleet
United States District Court