UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|  | : | Criminal Action No. 07-37-GMS |
| Plaintiff, | : | |
| v. | : | |
|  | : | |
| ANTOINE L. PATRICK, | : | |
|  | : | |
| Defendant. | : | |

**MOTION FOR A SCHEDULING CONFERENCE**

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Seth M. Beausang, Assistant United States Attorney for the District of Delaware, hereby moves the Court to set a scheduling conference in the above-captioned case. On June 22, 2007, Defendant filed a pre-trial motion seeking to suppress certain evidence and statements. Defendant also requested a hearing on his motion.

WHEREFORE, the United States respectfully asks the Court to set a date for a scheduling conference to schedule a suppression hearing in this matter, briefing on Defendant's motion, and a trial in this matter. A proposed form of order is attached for the Court's convenience.

                                                  Respectfully submitted,

                                                  COLM F. CONNOLLY
                                                  United States Attorney

                                      By:    /s/ Seth M. Beausang
                                           Seth M. Beausang (De. I.D. No. 4071)
                                           Assistant United States Attorney
                                           1007 Orange Street, Suite 700
                                           P.O. Box 2046
                                           Wilmington, Delaware 19899-2046

Dated: June 26, 2007.

## CERTIFICATE OF SERVICE

      I, Seth M. Beausang, hereby certify that on June 26, 2007, I caused the foregoing Motion for a Scheduling Conference to be served on the following counsel by electronic filing:

Edson A. Bostic  
Federal Public Defender's Office  
First Federal Plaza, Suite 110  
704 King Street  
Wilmington, DE 19801  
302-573-6010

                                                  /s/ Seth M. Beausang  
                                                  Seth M. Beausang (De. I.D. No. 4071)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal Action No. 07-37-GMS |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ANTOINE L. PATRICK, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

IT IS HEREBY ORDERED this ___ day of _____, 2007, that a scheduling conference in this matter will be held on the _____ day of _____ at _____.m. in Courtroom 4A, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE