IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07-37 GMS |
| | : |
| ANTOINE L. PATRICK | : |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a scheduling conference regarding the above-captioned defendant is scheduled for **Monday, July 2, 2007, at 11:30 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, in chambers, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

June 27, 2007