## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | Criminal Action No.   07-37-GMS |
| ANTOINE PATRICK, | : | |
| Defendant. | : | |

### DEFENDANT'S UNOPPOSED MOTION TO POSTPONE HEARING OF PRETRIAL MOTIONS

Defendant, Antoine Patrick, by and through his attorney, Edson A. Bostic, Federal Public Defender for the District of Delaware, files the instant motion seeking postponement of the Pretrial Motions Hearing.

In support thereof, it is averred as follows:

1. On or about July 2, 2007, this Court held a Pretrial Conference in the above-captioned matter. At that conference, the Court scheduled a hearing on defendant's Pretrial Motions for July 30, 2007.

2. However, Counsel has a conflict because he is scheduled to begin trial in another matter that same day. Specifically, counsel expects to be on trial in the matter of ***United States of America v. Robert Cottman***, Criminal Action No. 07-25-JJF.[1]

3. Accordingly, Counsel must request that this Court postpone the motions hearing in this matter and reschedule the hearing to a time convenient for the Court and all counsel.

---

[1] The defendant and the government, however, are in discussions which may result in a non-trial disposition, and alleviate the need for a trial.

4. Counsel has informed counsel for the government, Seth M. Beausang, of the instant motion and the government does not oppose it.

**WHEREFORE,** it is respectfully requested that this Court grant defendant's Unopposed Motion to Postpone Hearing on Pretrial Motions, and reschedule the hearing to a time convenient to the Court and all counsel.

/s/
**EDSON A. BOSTIC**
Federal Public Defender

Attorney for Antoine Patrick

Office of the Federal Public Defender
District of Delaware
704 King Street, Suite 110
Wilmington, DE   19801

Dated: July 20, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Criminal Action No.   07-37-GMS |
| | : | |
| ANTOINE PATRICK, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this _____ day of _____, 2007, upon consideration of Counsel's Unopposed Motion to Postpone Hearing on Pretrial Motions, it is hereby **ORDERED** the Hearing on the Pretrial Motions shall be and is continued to _____, 2007 at _____ a.m./p.m.

BY THE COURT:

_____
**HONORABLE GREGORY M. SLEET**
Chief Judge, United States District Court