IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07-37 GMS |
| | : |
| ANTOINE L. PATRICK | : |
| | : |

# **ORDER**

WHEREAS, on July 20, 2007, an unopposed motion to continue the motions hearing currently scheduled for Monday, July 30, 2007, was filed (D.I. 20);

IT IS HEREBY ORDERED that:

1. The motion to continue the hearing on pretrial motions is hereby GRANTED; and

2. The hearing is continued to **Monday, September 17, 2007, at 2:00 p.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF UNITED STATES DISTRICT JUDGE