# FEDERAL PUBLIC DEFENDER
# DISTRICT OF DELAWARE

704 King Street, Suite 110
Wilmington, Delaware 19801
Phone (302) 573-6010
FAX (302) 573-6041
www.fpdde.org

**Edson A. Bostic**
Federal Public Defender

**Eleni Kousoulis**
**Luis A. Ortiz**
**Keir Bradford**
Assistant Federal Public Defenders

**Tieffa N. Harper**
Research & Writing Specialist

September 20, 2007

The Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE   19801

      **Re:**  *United States v. Antoine Patrick*
            **Criminal Action No.: 07-37-GMS**
            **Our File No.: 2007-00128**

Dear Chief Judge Sleet:

    Please be advised that Mr. Patrick has informed me that, in lieu of trial, he wants to change his plea to the Indictment. To that end, the government has provided a Plea Agreement.

    Because Mr. Patrick is no longer seeking a trial, counsel for the government, Seth Beausang and I are asking the Court leave not to file any Voir Dire and/or Proposed Jury Instructions as previously directed by this Court in its Order of July 2, 2007. Additionally, if it is convenient to the Court's calendar, the parties would be available for a Change of Plea Hearing on the September 27, 2007 date, which the Court had previously set aside for a Pretrial Conference.

                                        Respectfully submitted,

                                        ____/s/_____
                                        **EDSON A. BOSTIC**
                                        Federal Public Defender

cc:    Seth Beausang, Assistant United States Attorney
         Antoine L. Patrick, Defendant