IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Crim. Action No. 07-37-GMS |
| ANTOINE PATRICK, | : |
| Defendant. | : |

## SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Seth M. Beausang and enter the appearance of Assistant United States Attorney Shawn A. Weede as counsel of record for the government in the above-captioned case.

          Respectfully submitted,

          COLM F. CONNOLLY
          United States Attorney

By:   /s/Shawn A. Weede
      Shawn A. Weede
      Assistant United States Attorney

Dated: December 17, 2007

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Crim. Action No. 07-37-GMS |
| | : |
| ANTOINE PATRICK, | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on December 17, 2007, I electronically filed:

## SUBSTITUTION OF COUNSEL

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Edson Bostic, Esquire
Federal Public Defender
704 King Street
First Federal Plaza, Suite 110
Wilmington, DE 19801

/s/ Jennifer Brown
Jennifer Brown