**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-37-GMS |
| | ) |
| ANTOINE L. PATRICK, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

PLEASE enter the appearance of Assistant United States Attorney Seth M. Beausang as attorney of record on behalf of the United States of America in the above-captioned matter.

Dated: January 4, 2008.

                                                              Respectfully submitted,

                                                              COLM F. CONNOLY
                                                              United States Attorney

                                                              /s/ Seth M. Beausang
                                                              Seth M. Beausang (DE I.D. No. 4071)
                                                              Assistant United States Attorney
                                                              1007 N. Orange Street, Suite 700
                                                              P.O. Box 2046
                                                              Wilmington, Delaware 19899-2046
                                                              (302) 573-6277, ext. 149
                                                              (302) 573-6220 (fax)